FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 NOV -8  P 2:55
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHERN INSURANCE COMPANY     *
OF NEW YORK
                                  *
         Plaintiff
                                  *
       vs.                       CIVIL ACTION NO. MJG-01-2158
                                  *
BALTIMORE BUSINESS COMMUNICATIONS
INC.                                 *

        Defendant           *

*     *     *     *     *     *     *     *     *

## MEMORANDUM AND ORDER

The Court has before it Defendant's Motion to Dismiss, Plaintiff's Motion For Leave to File a Sur-Reply in Opposition to Defendant's Motion to Dismiss, and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

It appears that Plaintiff is a citizen of New York (the state of incorporation) and Illinois (the location of its principal place of business) while Defendant is a citizen of Maryland. 28 U.S.C. § 1332(c). Hence, there is no doubt that the instant case is properly before the Court by virtue of the diversity jurisdiction statute. 28 U.S.C. § 1332(a).

The Complaint adequately alleges, albeit in conclusory terms, that the Plaintiff and Defendant are citizens of different states. Moreover, Defendant need have no concern that the

Plaintiff would later decide to claim Maryland citizenship and "escape" from this Court.

The Court is, of course, concerned that circumstances led to the filing of the dismissal motion with its attendant costs and delays. Nevertheless, the Court will not now devote the time and resources that would be necessary to determine which side was at fault, or more at fault. The Court will assume that counsel will, hereafter, be able to act appropriately.

For the foregoing reasons:

1. Plaintiff's Motion For Leave to File a Sur-Reply in Opposition to Defendant's Motion to Dismiss is GRANTED.

2. Defendant's Motion to Dismiss is DENIED.

3. The case shall proceed pursuant to the Scheduling Order issued herewith.

SO ORDERED this 8th day of November, 2001.

                                                  Marvin J. Garbis
                                       United States District Judge