IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHERN INSURANCE
COMPANY OF NEW YORK

    Plaintiff,

v.

BALTIMORE BUSINESS
COMMUNICATIONS, INC.

    Defendant

:   CIVIL ACTION
:   NO. MJG-01CV2158

## ORDER EXTENDING TIME

Upon consideration of the Stipulation of Extension of Time, it is this 20th day of November, 2001, by the United States District Court for the District of Maryland,

**ORDERED**, that the Defendant Baltimore Business Communications, Inc. shall have until December 3, 2001 in which to plead or otherwise respond to the Plaintiff's Motion for Summary Judgment and Plaintiff's Response in Opposition to Defendant's Motion for Partial Summary Judgment.

_____
Judge, United States District Court for the
District of Maryland

H:\WPWIN\CLIENTS\BBC\zurich\stipextendtimeMSJ

ATL01/10972591v1

- 2 -