**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHERN INSURANCE
COMPANY OF NEW YORK,

   **Plaintiff(s)**

vs.            Case No.: 01-CV-2158

BALTIMORE BUSINESS COMMUNICATIONS,
INC.,
   **Defendant(s)**

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _Steve E. Leder_, am a member in good standing of the bar of this Court. My bar number is _00377_. I am moving the admission of _Steven D. Pearson_ to appear *pro hac vice* in this case as counsel for _The Northern Insurance Company of New York_.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois Supreme Court | 1985 |
| Northern District of Illinois | 1985 |
| Northern District of New York | 1987 |
| Western District of Michigan | 1989 |
| District of Arizona | 1991 |
| Northern District of Ohio | 1993 |
| 1st Circuit Court of Appeals | 2000 |
| 2nd Circuit Court of Appeals | 1988 |
| 7th Circuit Court of Appeals | 1985 |
| 9th Circuit Court of Appeals | 1996 |
| 11th Circuit Court of Appeals | 1992 |
| United States Supreme Court | 1989 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court _-0-_ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.   The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

MOVANT

_____
Signature

Steven E. Leder
_____
Printed Name

Niles, Barton & Wilmer, LLP
_____
Firm

111 S. Calvert St., Baltimore, MD 21202
_____
Address

410/783-6300
_____
Telephone Number

410/783-6363
_____
Fax Number

PROPOSED ADMITTEE

_____  Prid 280738
Signature                  Plid 115628

Steven D. Pearson
_____
Printed Name

Meckler Bulger & Tilson
_____
Firm

123 N. Wacker Drive, Suite 1800
Chicago, IL  60606
_____
Address

312/474-7900
_____
Telephone Number

312/474-7898
_____
Fax Number

*********************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

1/14/02
_____
Date

_____
United States District Judge