**ORIGINAL**

$50 FEE PAID
#1/18/0?
FEE NOT PAID
(SEND LETTER)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE NORTHERN INSURANCE COMPANY OF NEW YORK, | * | |
| Plaintiff(s) | * | Case No.: __01--CV-2158__ |
| vs. | * | |
| BALTIMORE BUSINESS COMMUNICATIONS, INC. | * | |
| Defendant(s) | * | |
| | ****** | |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, __Steve E. Leder__, am a member in good standing of the bar of this Court. My bar number is __00377__. I am moving the admission of __Steven J. Ciszewski__ to appear *pro hac vice* in this case as counsel for __The Northern Insurance Company of New York__.

We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois Supreme Court | November 1998 |
| Northern District of Illinois | November 1998 |
| | |
| | |
| | |
| | |

2.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __-0-__ times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                    Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.     The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.     Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.     **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Steven E. Leder | /s/ Steven J. Ciszewski |
| Signature | Signature |
| Steven E. Leder | Steven J. Ciszewski |
| Printed Name | Printed Name |
| Niles, Barton & Wilmer, LLP | Meckler Bulger & Tilson |
| Firm | Firm |
| 111 S. Calvert St., Baltimore, MD 21202 | 123 N. Wacker Drive, Suite 1800 Chicago, IL 60606 |
| Address | Address |
| 410/783-6300 | 312/474-7900 |
| Telephone Number | Telephone Number |
| 410/783-6363 | 312/474-7898 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☒ GRANTED      ☐ DENIED

1/14/02
Date

/s/ [Judge signature]
United States District Judge