

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**ORIGINAL**

THE NORTHERN INSURANCE
COMPANY OF NEW YORK,

        Plaintiff(s)       \*

        vs.       \*

BALTIMORE BUSINESS COMMUNICATIONS,  \*
INC.

        Defendant(s)

\*

Case No.: MJG-01-CV-2158

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, ____Steve E. Leder____, am a member in good standing of the bar of this Court. My bar number is ____00377____. I am moving the admission of

____Philip R. King____ to appear *pro hac vice* in this case as counsel for ____The Northern Insurance Company of New York____.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| Illinois Supreme Court | 1984 |
| Northern District of Illinois | 1984 |
| Central District of Illinois | 1995 |
| 7th Circuit Court of Appeals | 1987 |
| 9th Circuit Court of Appeals | 1995 |
| 11th Circuit Court of Appeals | 2001 |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court __-0-__ times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice                Page 1 of 2

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *[signature]* |
| Signature | Signature |
| Steven E. Leder | Philip R. King      Prid 280737 |
| Printed Name | Printed Name        Plid 115628 |
| Niles, Barton & Wilmer, LLP | Meckler Bulger & Tilson |
| Firm | Firm |
| 111 S. Calvert St., Baltimore, MD 21202 | 123 N. Wacker Drive, Suite 1800 Chicago, IL  60606 |
| Address | Address |
| 410/783-6300 | 312/474-7900 |
| Telephone Number | Telephone Number |
| 410/783-6363 | 312/474-7898 |
| Fax Number | Fax Number |

*************************************************************

## ORDER

☒ GRANTED     ☐ DENIED

1/14/02                                *[signature]* Marvin J. Garbis

Date                                   United States District Judge