IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE NORTHERN INSURANCE COMPANY    *
OF NEW YORK
                                   *
           Plaintiff
                                   *
     vs.                               CIVIL ACTION NO. MJG-01-2158
                                   *
BALTIMORE BUSINESS COMMUNICATIONS
INC.                               *

           Defendant               *

*    *    *    *    *    *    *    *    *

## DECLARATORY JUDGMENT ORDER

By separate Order issued this date, the Court has granted The Northern Insurance Company of New York's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Plaintiff and Counterclaim-Defendant The Northern Insurance Company of New York against Defendant and Counterclaim-Plaintiff Baltimore Business Communications Inc., dismissing all counterclaims with costs.

2. The Court hereby declares that The Northern Insurance Company of New York has no duty to defend or indemnify Baltimore Business Communications Inc. in connection with the case of <u>Pinney v. Nokia Inc.</u>, No. CCB-01-1456 (D.Md 2001).

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure

SO ORDERED this 27th day of February, 2002

_____
Marvin J. Garbis
United States District Judge