UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| THE NORTHERN INSURANCE COMPANY OF NEW YORK,<br><br>   Plaintiff and<br>   Counterclaim-Defendant,<br><br>   v.<br><br>BALTIMORE BUSINESS COMMUNICATIONS, INC.<br><br>   Defendant and<br>   Counterclaim-Plaintiff. | CIVIL ACTION NO.<br>MJG 01 CV 2158 |

**AFFIDAVIT OF PAUL L. SPACKMAN**

DISTRICT OF COLUMBIA )
          ) ss.:
WASHINGTON     )

PAUL L. SPACKMAN, being duly sworn, deposes and says

(1) I am over the age of eighteen and am an associate at Dickstein Shapiro Morin & Oshinsky LLP, insurance coverage counsel to Baltimore Business Communications, Inc. ("Baltimore Business").

(2) I submit this Affidavit in support of Baltimore Business Communications, Inc.'s Reply Brief in Support of its Motion for Attorneys' Fees and Costs in This Insurance Coverage Action, based upon my personal knowledge and documents in my possession.

(3) Attached hereto as Exhibit A is a true and correct copy of excerpts from Zurich-American Insurance Company's Response Memorandum of Law in Opposition to Audiovox's Motion for Partial Summary Judgment, in *Zurich-American Insurance Co. v. Audiovox Corp.*, No 01-603668 (N.Y. Sup. Ct.)

(4) Attached hereto as Exhibit B is a true and correct copy of excerpts from Zurich-American Insurance Company's Memorandum of Law in Opposition to Motorola's Motion for Summary Judgment, in *Motorola, Inc. v. Associated Indemnity Corp.*, et al., No. 475,283 (Dist. Ct. Parrish of E. Baton Rouge).

(5) Attached hereto as Exhibit C is a true and correct copy of excerpts from Northern Insurance Company's Response Memorandum of Law in Opposition to Baltimore Business Communications, Inc.'s Motion for Partial Summary Judgment, in this matter.

(6) For the majority of this matter, DSMO charged: $.20 per page for copying; $.10 per minute for long distance telephone calls; and $1.50 per page for outgoing faxes.

(7) As of May 1, 2003, DSMO has reduced the amount it charges to: $.18 per page for copying; $1.25 per page for outgoing faxes; and now charges $.18 per page for laser printing.

(8) During the majority of the time that this lawsuit was ongoing, DSMO was actively involved in testing new Westlaw software and, as a result, the majority of online

research in this matter was at absolutely no cost to the client and did not appear on any bill. As a result of DSMO's relationship with Westlaw, any Westlaw billing is provided to DSMO clients at a discount.

_____
PAUL L. SPACKMAN

Subscribed and sworn to before me this 5th day of ~~August~~, 2003
September

_____
Notary Public
Washington, D.C.

My Commission Expires 9/15/03.