(312) 474-7950

philip.king@mbtlaw.com

January 19, 2004

**VIA E-MAIL**

Hon. Marvin Garbis
District Court for the District of Maryland
Garmatz Federal Courthouse
Chamber 5C
1010 Lombard Street
Baltimore, Maryland 21201

        Re: Case Name:  Northern Ins. Co. of N.Y. v. Baltimore Business
                              Communications, Inc.
        Court No.:        01-2158

Dear Judge Garbis:

       I am writing on behalf of my client, Northern Insurance Company of N.Y., and with the authorization of Mark Kolman, counsel for Baltimore Business Communications, Inc. to jointly report to the Court that the parties have been able to achieve a settlement resolution of Baltimore Business Communications, Inc.'s Motion for Attorneys' Fees and Costs.  In light of this settlement no further judicial proceedings before the Magistrate Judge, or before this Court, are necessary.

       Further, in response to this Court's inquiry in its order of January 5, 2003, the parties advise that there is no other judicial action that is sought pursuant to the directive of the United States Court of Appeals for the Fourth Circuit.

## MECKLER BULGER & TILSON

Hon. Marvin Garbis
January 19, 2004
Page 3

      If the Court should have any questions in response to this letter please feel free to contact Mr. Kolman or myself.

                              Sincerely,

                              /s/

                              Philip R. King

cc:    Mark H. Kolman (via facsimile)
          Steven Leder (via e-mail)
          Maureen E. Murphy (via facsimile)

MECKLER BULGER & TILSON

Hon. Marvin Garbis
January 19, 2004
Page 3


bcc:   Ruth Kopec (via e-mail)
       Michele Rey

O:\6530\corres\garbis001pk.doc